IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:06CR00046 |
| v. | ) | **ORDER** |
| | ) | |
| **RODNEY EDWARD STEWART,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the accompanying Opinion, it is **ORDERED** that the defendant's "MOTION FOR RELIEF FROM A JUDGMENT, PURSUANT TO Fed. R. Civ. P. 60(b)(1)(4) & (6)" (ECF No. 175) is DENIED. It is further **ORDERED** that a Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: October 9, 2012

/s/ James P. Jones
United States District Judge